IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CORDAR, | No. CIV S-10-1109-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| J.W. HAVILAND, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in December 2008. For the reasons discussed in findings and recommendations issued separately, the court finds it appropriate to vacate the November 4, 2010, order directing respondent to respond to the petition. Respondent is relieved of any obligation to respond to the petition unless ordered otherwise.

      IT IS SO ORDERED.

DATED: January 25, 2011

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE

1